# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/11/2015 1:25:31 PM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12** - 15 - 00227 - cv

Trial Court Style:  ABSH, LLC vs. C. AUBREY SMITH, et al

Trial Court & County: 114TH District Court, Smith County, Texas     Trial Court No.: 15-1584-15

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: 9-21-15

Anticipated Number of Pages of Record: 100

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☐     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒     my duties listed below preclude working on this record: Although I have diligently worked toward completion of this Temporary Restraining Order assisting in the capital murder case of The State of Texas vs. James Calvert by working with visiting Judges who have handled the 241st general dockets, AND submitted Cause No. 007-0446-15, State vs. Cedric Keith Humble, Jr. AND Cause No. 002-81266-14, State vs. Kevin Leo Alexander, at the urgent request of Judge Randall Rogers, I have not accomplished same. I feel certain I will be able to submit the Statement of Facts by October 15th, 2015. I understand there will not be further extensions granted.

☐     Other. (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  October 15th, 2015 , and I

**hereby request an additional** 14 **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

October 10th, 2015
Date

// Beverly E. Dixon, CSR 1627
Signature

214-289-5318
Office Phone Number

Printed Name  Beverly E. Dixon

tellmelies@suddenlink.net
E-mail Address (if available)

Official Title  Deputy Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> **Certificate requirements.** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name: Wilson, Robertson & Cornelius, PC          Name: Vance E. Hendrix

Address:          Address:

Phone no.:          Phone no.: BY FAX: 903 705 7775

Attorney for: Defendants          Attorney for: Plaintiffs

by email address: mmilam@wilsonlawfirm.com

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name:          Name:

Address:          Address:

Phone no.:          Phone no.:

Attorney for: Defendants          Attorney for:

Additional          information,          if          any: